# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137552 & (48)

DEPARTMENT OF AGRICULTURE and
MICHIGAN APPLE COMMITTEE,
      Plaintiffs-Appellants,

v

APPLETREE MARKETING, L.L.C. and
STEVEN KROPF,
      Defendants-Appellees.

_____

SC: 137552
COA: 277743
Kent CC: 05-011315-CZ

      On order of the Chief Justice, the motion by defendants-appellees for extension to August 25, 2009 of the time for filing their brief on appeal is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2009

_____
Clerk